.TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MELINDA BREWER
Assistant United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melinda.Brewer@usdoj.gov
*Attorneys for the United States*

FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

JUL 21 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    2:26-cr-00146-GMN-BNW |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| v. | **VIOLATION:**<br>18 U.S.C. § 1623(a) – False |
| LOVE MARTINO and | Declaration Before the Court<br>(Perjury) |
| JUSTIN DANCE, | |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment:

### INTRODUCTION

1.    Beginning or about January 26, 2026, a jury trial was being held in the United States District Court for the District of Nevada, for the case entitled *United States of America vs. Jerone Staples*, No. 2:23-CR-201-APG-EJY.

2. The trial was being held to determine whether Jerone Staples, also known as "Rome," had violated Title 18, United States Code, Section 922(g), by possessing a firearm while being a prohibited person.

3. In or about August 2023, firearms were seized from a residence occupied by Staples. The residence was leased by an individual with initials J.T.

4. On or about January 29, 2026, defendants Love Martino and Justin Dance were called by Staples as a witness and testified, under oath, to matters material to whether Staples possessed firearms in August 2023. These matters included whether J.T. was present at the Hitching Rail Drive residence on or about August 27, 2023, and whether Dance had told J.T. to take firearms upstairs in the house.

**COUNT ONE**
**False Declaration Before the Court (Perjury)**
**(18 U.S.C. § 1623(a))**

5. Paragraphs 1 through 4 of the introduction to this indictment are realleged and incorporated herein as if set forth in full.

6. On or about January 29, 2026, within the State and Federal District of Nevada,

**LOVE MARTINO,**

defendant herein, while under oath as a witness in a case then being tried before the United States District Court for the District of Nevada, entitled *United States of America vs. Jerone Staples*, No. 2:23-CR-201-APG-EJY, did knowingly make a false material declaration before the court and jury as follows.

[Regarding who was at the Hitching Rail Drive residence on August 27, 2023]

Q. Now, when you went there that day, was [J.T.] there?

A. Yes.

Q. And how did that play into whether you stayed or left?

A. It played a part.

...

Q. Is that part of the reason why you left?

A. Yes.

7.    The above testimony given by Martino, as she then and there well knew and believed, was false in that Martino knew that J.T. was not present at the Hitching Rail Drive residence on August 27, 2023.

8.    All in violation of Title 18, United States Code, Section 1623(a).

## COUNT TWO
### False Declaration Before the Court (Perjury)
### (18 U.S.C. § 1623(a))

9.    Paragraphs 1 through 4 of the introduction to this indictment are realleged and incorporated herein as if set forth in full.

10.    On or about January 29, 2026, within the State and Federal District of Nevada,

**JUSTIN DANCE,**

defendant herein, while under oath as a witness in a case then being tried before the United States District Court for the District of Nevada, entitled *United States of America vs. Jerone Staples*, No. 2:23-CR-201-APG-EJY, did knowingly make a false material declaration before the court and jury as follows:

[Regarding who was at the Hitching Rail Drive residence on August 27, 2023]

Q. Do you recall when you went over there and left it?

A. Yes.

Q. And when was that?

3

A. ...And so we went over there, we linked up. It was [L.M.], me, [J.T.] and then my girlfriend [T.T.] . . . .

. . .

Q. Was [J.T.] present that day?

A. Yes.

. . .

Q. All right, Mr. Dance, you said, if I'm understanding correctly, that on August 27, 2023, you went to [J.T.]'s house, correct?

A. Correct.

. . .

Q. You said it was kind of you all were drinking. Were you eating anything?

A. Yeah, we ate, yeah.

Q. What do you remember eating?

A. [J.T.] cooked.

11.    The above testimony given by Dance, as he then and there well knew and believed, was false in that Dance knew that J.T. was not present at the Hitching Rail Drive residence house on August 27, 2023, and that J.T. did not cook at the residence on that date.

12.    All in violation of Title 18, United States Code, Section 1623(a).

**COUNT THREE**
**False Declaration Before the Court (Perjury)**
**(18 U.S.C. § 1623(a))**

13.    Paragraphs 1 through 4 of the introduction to this indictment are realleged and incorporated herein as if set forth in full.

14.    On or about January 29, 2026, within the State and Federal District of Nevada,

4

**JUSTIN DANCE,**

defendant herein, while under oath as a witness in a case then being tried before the United States District Court for the District of Nevada, entitled *United States of America vs. Jerone Staples*, No. 2:23-CR-201-APG-EJY, did knowingly make a false material declaration before the court and jury as follows:

Q. And then at that point what did [L.M.] do with her gun?

A. Well, she gave it to me.

Q. And then - - why did she give it to you?

A. I mean, because we were just going to - -well she gave it to me, I was going to ask [J.T.] to put it upstairs for us.

. . .

Q. And what did you do with your gun when you decided to leave?

A. . . . I told [J.T.] to put it up for me and I just left.

. . .

Q. Now, after you left your gun there, did you tell [J.T.]?

A. Did I tell [J.T.] what, that I left my gun?

Q. That you left your gun there.

A. Yes. Yeah. Yeah.

Q. And what did you tell her?

A. To put it up for me.

Q. To put it up for you?

A. Yeah.

15.    The above testimony given by Dance as they then and there well knew and believed, was false in that Dance was aware that he did not leave firearms at the Hitching Rail Drive residence in the care, custody, or control of J.T.

All in violation of Title 18, United States Code, Section 1623(a).

DATED: this 22nd day of July, 2026.

**A TRUE BILL:**


/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Acting Attorney General of the United States


MELINDA BREWER
Assistant United States Attorney

6

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO __2:26-cr-00146-GMN-BNW__

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: LOVE MARTINO

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT __Las Vegas__
DISTRICT OF NEVADA __Divisional Office__

Address:

Name and Office of Person __Ellenrose Jarmolowich__
Furnishing Information on ☐ U.S. Atty ☐ Other U.S. Agency
THIS FORM Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney __Melinda Brewer__
(if assigned)

☐ Interpreter Required     Dialect: _____

Birth ☑ Male     ☐ Alien
Date _____ ☐ Female     (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Tieara Jones ~ FBI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court
(give name of court)

**DEFENDANT**

Issue: ☑ Warrant     ☐ Summons

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

MAG. JUDGE
CASE NO.

Defense Counsel (if any): _____

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

Place of
offense | County

☐ This report amends AO 257 previously submitted

RECEIVED
FILED SERVED ON
ENTERED COUNSEL/PARTIES OF RECORD

JUL 2 1 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts __3__

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 1623(a) | False Declaration Before the Court (Perjury) | 1 |
| | | | |
| | | | |
| | | | |
| | | | |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment
☐ Information ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    Las Vegas
DISTRICT OF NEVADA    Divisional Office

Name and Office of Person    Ellenrose Jarmolowich
Furnishing Information on    ☐ U.S. Atty ☐ Other U.S. Agency
THIS FORM    Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney    Melinda Brewer
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Tieara Jones ~ FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense | County

---

CASE NO.    2:26-cr-00146-GMN-BNW

USA vs.

Defendant:    JUSTIN DANCE

Address:

☐ Interpreter Required    Dialect: _____

Birth    ☑ Male    ☐ Alien
Date _____    ☐ Female    (if applicable)

Social Security Number _____

### DEFENDANT

Issue:    ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

FILED
ENTERED    RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 1 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Defense Counsel (if any): _____

☐ FPD    ☐ CJA    ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts ___3___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 1623(a) | False Declaration Before the Court (Perjury) | 2, 3 |
| | | | |
| | | | |
| | | | |
| | | | |